ARRA BROWN, *Plaintiff in Error,* v. STATE OF .FLORIDA, *Defendant in Error.*

## Opinion Filed April 17, 1920.

"Where the only question presented 'on writ of error from this court is the sufficiency of the evidence to support the verdict, and it appears from the record that there is sufficient legally competent evidence to support the verdict, and there is nothing to indicate that the jury was influenced by consideration outside the evidence, the judgment will not be reversed." *Held,* The evidence was sufficient to support the verdict, and there is nothing to indicate that the jury was influenced by considerations outside the evidence.

A Writ of Error to the Circuit Court for Manatee County, O. K. Reaves, Judge.

Judgment affirmed.

*E. Bradley,* for Plaintiff in Error;

*Van C. Swearingen,* Attorney General, and *D. Stuart Gillis,* Assistant, for the State.

BROWNE, C. J.—The only question presented in this case is the sufficiency of the evidence to support the verdict.

No useful purpose would be served to recite any of the evidence, or attempt to analyze it.

There was conflict in the testimony, but this was settled by the jury, and there was substantial competent evidence to support the verdict.

"Where the only question presented on writ of error from the court is the sufficiency of the evidence to support the verdict, and it appears from the record that there is sufficient legally competent evidence to support the verdict, and there is nothing to indicate that the jury was influenced by considerations outside the evidence, the judgment will not be reversed." Howard v. State, 83 South. Rep. 87.

The judgment is affirmed.

TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.